MARY E. PRITCHETT, Respondent, *v.* SOLOMON RICHMAN, Appellant.

*Pritchett* v. *Richman*, 154 App. Div. 891, affirmed.
(Submitted April 29, 1914; decided May 15, 1914.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1913, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings in an action to compel the surrender and satisfaction of a mortgage.

*Franklin Bien* for appellant.

*Henry Herz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: MILLER, J.